# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DIXIE ELECTRIC, LLC, et al.,[1] | Case No. 18-12477 (KG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 13, 2018 AT 10:30 A.M. (ET)

**RESOLVED MATTERS**

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue Their Insurance Policies and Pay All Obligations in Respect Thereof, (II) Authorizing Applicable Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief [D.I. 5, 11/2/18]

   Response Deadline:	November 19, 2018 at 4:00 p.m. (ET)

   Responses Received:	None

   Related Documents:

   A.   Interim Order [D.I. 48, 11/5/18]

   B.   Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 58, 11/5/18]

   C.   Certification of Counsel [D.I. 80, 11/20/18]

   D.   Final Order [D.I. 88, 11/26/18]

   Status:   An order has been entered.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: FR Dixie Holdings Corp. (4205), FR Dixie Acquisition Corp. (6859), FR Dixie Acquisition Sub Corp. (6379), Dixie Electric, LLC (3176), Monahans Electric, Inc. (2307), K&S Electric, Inc. (8960), L&K Electric, LLC (3297), Patriot Automation & Control, LLC (7466), Epic Integrated Services, LLC (5274), Action Electric Holdings, Inc. (4496), Action Electric, Inc. (0227), Mac Supply, Inc. Electrical Contractors (6230), and Wellkeeper, Inc. (4522). The mailing address for each Debtor is 1155 Dairy Ashford Rd, Suite 450, Houston, TX 77079.

2. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Use Their Cash Management System, Including Existing Bank Accounts and Employee Card Programs, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Continue Intercompany Transactions, and (D) Maintain Existing Check and Business Forms; (II) Waiving the Requirements of Section 345(b) on an Interim Basis; and (III) Granting Related Relief [D.I. 6, 11/2/18]

   Response Deadline:          November 19, 2018 at 4:00 p.m. (ET)

   Responses Received:         None

   Related Documents:

   A. Interim Order [D.I. 50, 11/5/18]

   B. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 58, 11/5/18]

   C. Certification of Counsel [D.I. 81, 11/20/18]

   D. Final Order [D.I. 89, 11/26/18]

   Status:   An order has been entered.

3. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes, (II) Authorizing Applicable Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief [D.I. 7, 11/2/18]

   Response Deadline:          November 19, 2018 at 4:00 p.m. (ET)

   Responses Received:         None

   Related Documents:

   A. Interim Order [D.I. 52, 11/5/18]

   B. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 58, 11/5/18]

   C. Certification of Counsel [D.I. 82, 11/20/18]

   D. Final Order [D.I. 90, 11/26/18]

   Status:   An order has been entered.

4. Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, (II) Deeming Utility Providers Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief [D.I. 8, 11/2/18]

    Response Deadline:	November 19, 2018 at 4:00 p.m. (ET)

    Responses Received:	None

    Related Documents:

        A.    Interim Order [D.I. 53, 11/5/18]

        B.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 58, 11/5/18]

        C.    Certification of Counsel [D.I. 83, 11/20/18]

        D.    Final Order [D.I. 91, 11/26/18]

    Status:	An order has been entered.

5. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Trade Creditors, (II) Authorizing Applicable Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief [D.I. 9, 11/2/18]

    Response Deadline:	November 19, 2018 at 4:00 p.m. (ET)

    Responses Received:	None

    Related Documents:

        A.    Interim Order [D.I. 55, 11/5/18]

        B.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 58, 11/5/18]

        C.    Certification of Counsel [D.I. 84, 11/20/18]

        D.    Final Order [D.I. 93, 11/26/18]

    Status:	An order has been entered.

6.     Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, Prepetition Payroll Taxes, and Other Compensation, and (B) Maintain Employee Benefits Programs and Payment of Related Administrative Obligations, (II) Authorizing Applicable Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief [D.I. 11, 11/2/18]

    Response Deadline:     November 19, 2018 at 4:00 p.m. (ET)

    Responses Received:     None

    Related Documents:

    A.     Interim Order [D.I. 56, 11/5/18]

    B.     Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 58, 11/5/18]

    C.     Certification of Counsel [D.I. 85, 11/20/18]

    D.     Final Order [D.I. 92, 11/26/18]

    Status:     An order has been entered.

7.     Motion for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(3), 364(d)(1), and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b) and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [D.I. 14, 11/2/18]

    Response Deadline:     November 19, 2018 at 4:00 p.m. (ET)

    Responses Received:     None

    Related Documents:

    A.     Interim Order [D.I. 54, 11/5/18]

    B.     Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 58, 11/5/18]

    C.     Notice of Filing of Proposed Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(3), 364(d)(1), and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to

        Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b) [D.I. 76 12/7/18]

    D.    Certificate of No Objection [D.I. 122, 12/7/18]

    E.    Final Order [D.I. 124, 12/10/18]

Status:    An order has been entered.

8. Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Prime Clerk LLC as Administrative Advisor Pursuant to Sections 327(a) and 330 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1 and 2016-2 *Nunc Pro Tunc* to the Petition Date [D.I. 69, 11/14/18]

    Response Deadline:    November 28, 2018 at 4:00 p.m. (ET)

    Responses Received:

    A.    Informal comments from the Office of the United States Trustee

    Related Documents:

    B.    Supplemental Declaration of Benjamin J. Steel [D.I. 94, 11/26/18]

    C.    Certification of Counsel [D.I. 100, 11/30/18]

    D.    Order [D.I. 106, 11/30/18]

Status:    An order has been entered.

9. Debtors' Application for Entry of an Order Authorizing the Employment and Retention of PJT Partners LP as Investment Banker for the Debtors and Debtors in Possession, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1 and 2016-2, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 70, 11/14/18]

    Response Deadline:    November 28, 2018 at 4:00 p.m. (ET)

    Responses Received:

    A.    Informal comments from the Office of the United States Trustee

Related Documents:

    B.    Supplemental Declaration of Tara Flanagan [D.I. 97, 11/29/18]

    C.    Certification of Counsel [D.I. 105, 11/30/18]

    D.    Order [D.I. 110, 12/3/18]

Status:    An order has been entered.

10. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Simpson Thacher & Bartlett LLP as Counsel to the Debtors Pursuant to Sections 327(a) and 330 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 *Nunc Pro Tunc* to the Petition Date [D.I. 71, 11/14/18]

Response Deadline:    November 28, 2018 at 4:00 p.m. (ET)

Responses Received:

    A.  Informal comments from the Office of the United States Trustee

Related Documents:

    B.    Certification of Counsel [D.I. 101, 11/30/18]

    C.    Order [D.I. 108, 11/30/18]

Status:    An order has been entered.

11. Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 72, 11/14/18]

Response Deadline:    November 28, 2018 at 4:00 p.m. (ET)

Responses Received:

    A.  Informal comments from the Office of the United States Trustee

Related Documents:

    B.    Certification of Counsel [D.I. 102, 11/30/18]

    C.    Order [D.I. 107, 11/30/18]

Status:    An order has been entered.

12. Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 327, 330, and 331 of the Bankruptcy Code, Authorizing the Debtors to Employ and Pay Certain Professionals Utilized in the Ordinary Course of Business [D.I. 73, 11/14/18]

   Response Deadline:    November 28, 2018 at 4:00 p.m. (ET)

   Responses Received:

   A. Informal comments from the Office of the United States Trustee

   Related Documents:

   B.   Certification of Counsel [D.I. 103, 11/30/18]

   C.   Order [D.I. 109, 11/30/18]

   Status:   An order has been entered.

**CONTESTED MATTER GOING FORWARD**

13. Debtors' Application for an Order Authorizing the Retention and Employment of BDO USA, LLP as Tax Consultant and Auditor to the Debtors Pursuant to Sections 327(a), 328(a), and 330 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1 and 2016-2 *Nunc Pro Tunc* to the Petition Date [D.I. 86, 11/21/18]

   Response Deadline:    December 5, 2018 at 4:00 p.m. (ET) [Extended until December 10, 2018 for the Office of the United States Trustee]

   Responses Received:

   A.   Objection and Reservation of Rights of United States Trustee [D.I. 126, 12/10/18]

   Related Documents:    None.

   Status:   This matter is going forward.

**UNCONTESTED CONFIRMATION**

14. Confirmation of Amended Joint Pre-Packaged Plan of Reorganization of Dixie Electric, LLC and Its Debtor Affiliates [D.I. 127, 12/11/18]

    Confirmation Response Deadline:    December 6, 2018 at 4:00 p.m. (ET)

    Confirmation Responses Received:

    A.  Informal comments from the Office of the United States Trustee for the District of Delaware

    B.  Informal comments from the United States Department of Justice

    C.  Informal comments from the Attorney General for the State of Texas

    D.  Informal comments from the Attorney General for the Commonwealth of Pennsylvania

    Cure Response Deadline:    December 6, 2018 at 4:00 p.m. (ET)

    Cure Responses Received:

    E.  Informal comments from 36th Street Capital Partners LLC, as assignee of Consultants Group Commercial Funding Corporation d/b/a CG Commercial Finance

    F.  Informal comments from Comdata Inc.

    G.  Global Rental Company, Inc.'s Limited Objection to Debtors' Notice of Filing of List of Assumed Executory Contracts and Unexpired Leases in Connection With the Joint Pre-Packaged Plan of Reorganization of Dixie Electric, LLC and Its Debtor Affiliates [D.I. 118, 12/6/18]

        i.  Notice of Withdrawal [D.I. 125, 12/10/18]

    Related Documents:

    H.  Disclosure Statement for Joint Pre-Packaged Plan of Reorganization of Dixie Electric, LLC and Its Debtor Affiliates [D.I. 18, 11/2/18]

    I.  Order (I) Scheduling a Combined Hearing on Adequacy of Disclosure Statement and Confirmation of Pre-Packaged Plan; (II) Fixing Deadline to Object to Disclosure Statement and Pre-Packaged Plan; (III) Approving Prepetition Solicitation Procedures and Forma and Manner of Notice of Commencement, Combined Hearing and Objection Deadline; (IV) Approving

        Notice and Objection Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (V) Conditionally (A) Directing the United States Trustee Not to Convene Section 341(a) Meeting of Creditors and (B) Waving Requirement of Filing Statements of Financial Affairs and Schedules of Assets and Liabilities; and (VI) Granting Related Relief [D.I. 51, 11/5/18]

J.      Notice of (A) Commencement of Pre-Packaged Chapter 11 Cases Under Chapter 11 of the Bankruptcy Code, (B) Combined Hearing to Consider (I) Adequacy of Disclosure Statement and (II) Confirmation of Pre-Packaged Plan, (C) Assumption of Executory Contracts and Unexpired Leases and Cure Amounts and (D) Objection Deadlines [D.I. 57, 11/5/18]

K.      Affidavit of Publication [D.I. 63, 11/7/18]

L.      Declaration of Craig E. Johnson of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Joint Pre-Packaged Plan of Reorganization of Dixie Electric, LLC and Its Debtor Affiliates [D.I. 99, 11/29/18]

M.     Notice of Filing of List of Assumed Executory Contracts and Unexpired Leases in Connection With the Joint Pre-Packaged Plan of Reorganization of Dixie Electric, LLC and Its Debtor Affiliates [D.I. 113, 12/3/18]

N.      Plan Supplement to the Joint Pre-Packaged Plan of Reorganization of Dixie Electric, LLC and Its Debtor Affiliates [D.I. 114, 12/3/18]

O.      Notice of Filing of Plan Supplement to the Joint Pre-Packaged Plan of Reorganization of Dixie Electric, LLC and Its Debtor Affiliates [D.I. 115, 12/3/18]

P.      Notice of Filing of Blackline of Amended Joint Pre-Packaged Plan of Reorganization of Dixie Electric, LLC and Its Debtor Affiliates [D.I. 128, 12/11/18]

Q.      Memorandum of Law in Support of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) Prepetition Solicitation Procedures, and (III) Confirmation of the Joint Pre-Packaged Plan of Reorganization [D.I. 129, 12/11/18]

R.      Debtors' Motion for Leave to Exceed Page Limit Requirements With Respect to Memorandum of Law in Support of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) Prepetition Solicitation Procedures, and (III) Confirmation of the Joint Pre-Packaged Plan of Reorganization [D.I. 130, 12/11/18]

S.    Notice of Filing of Proposed Findings of Facts, Conclusions of Law and Order Approving (I) the Adequacy of the Disclosure Statement, (II) Prepetition Solicitation Procedures, and (III) Confirmation of the Joint Pre-Packaged Plan of Reorganization [D.I. 131, 12/11/18]

T.    Declaration of Peter Laurinaitis in Support of the Memorandum of Law in Support of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) Prepetition Solicitation Procedures, and (III) Confirmation of the Joint Pre-Packaged Plan of Reorganization [D.I. 132, 12/11/18]

U.    Declaration of Donald Barnes, III in Support of the Memorandum of Law in Support of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) Prepetition Solicitation Procedures, and (III) Confirmation of the Joint Pre-Packaged Plan of Reorganization [D.I. 133, 12/11/18]

<u>Status</u>:    Item G has been withdrawn. The hearing on confirmation of the Amended Plan is going forward.

Dated: Wilmington, Delaware
December 11, 2018

SIMPSON THACHER & BARTLETT LLP
Elisha D. Graff (admitted *pro hac vice*)
Kathrine A. McLendon (admitted *pro hac vice*)
Edward R. Linden (admitted *pro hac vice*)
David Baruch (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Elizabeth S. Justison*
Edmon L. Morton (No. 3856)
Sean M. Beach (No. 4070)
Elizabeth S. Justison (No. 5911)
Tara C. Pakrouh (No. 6192)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION