**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>DIXIE ELECTRIC, LLC, <u>et</u> <u>al.</u>,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12477 (KG)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 145** |

**NOTICE OF (I) ENTRY OF CONFIRMATION ORDER,**
**(II) OCCURRENCE OF EFFECTIVE DATE, AND (III) RELATED BAR DATES**

**PLEASE TAKE NOTICE THAT:**

1.     **Confirmation of the Plan**.  On December 13, 2018 the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") entered its *Findings of Fact, Conclusions of Law and Order Approving (I) the Adequacy of the Disclosure Statement, (II) Prepetition Solicitation Procedures, and (III) Confirmation of the Joint Pre-Packaged Plan of Reorganization* [Docket No. 145] (the "<u>Confirmation Order</u>"), which, among other things, confirmed the *Joint Pre-Packaged Plan of Reorganization of Dixie Electric, LLC and Its Debtor Affiliates* [Docket No. 16] as amended by the *Amended Joint Pre-Packaged Plan of Reorganization of Dixie Electric, LLC and Its Debtor Affiliates* [Docket No. 127] (collectively, as confirmed, the "<u>Plan</u>").[2]  Copies of the Confirmation Order and the Plan may be obtained free of charge at http://cases.primeclerk.com/dixie.

2.     **Effective Date**.  The Effective Date of the Plan occurred as of **December 21, 2018**.  Each of the conditions precedent to the Effective Date have been satisfied or waived in accordance with the terms of the Plan.

3.     **Bar Date for Professional Fee Claims**.  In accordance with Article II.A(i) of the Plan, all final applications for Professional Fee Claims for services rendered in connection with the Chapter 11 Cases prior to and including the Effective Date shall be filed with the Court and served on the Reorganized Debtors, counsel to the Reorganized Debtors, and such other entities as are designated by the Bankruptcy Rules, the Confirmation Order, or other order of the Bankruptcy Court **no later than February 4,**

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: FR Dixie Holdings Corp. (4205), FR Dixie Acquisition Corp. (6859), FR Dixie Acquisition Sub Corp. (6379), Dixie Electric, LLC (3176), Monahans Electric, Inc. (2307), K&S Electric, Inc. (8960), L&K Electric, LLC (3297), Patriot Automation & Control, LLC (7466), Epic Integrated Services, LLC (5274), Action Electric Holdings, Inc. (4496), Action Electric, Inc. (0227), Mac Supply, Inc. Electrical Contractors (6230), and Wellkeeper, Inc. (4522).  The mailing address for each Debtor is 1155 Dairy Ashford Rd, Suite 450, Houston, TX 77079.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Confirmation Order.


**2019**, the date that is forty-five (45) days after the Effective Date. Any Holder of a Professional Fee Claim that does not file and serve such application by such date shall be forever barred from asserting such Professional Fee Claim against the Debtors, the Reorganized Debtors, or their respective properties, and such Professional Fee Claim shall be deemed discharged as of the Effective Date. Objections to any final applications for Professional Fee Claims must be filed and served on the Reorganized Debtors, counsel to the Reorganized Debtors and the applicable Professional **no later than thirty (30) days after the filing of such final fee application with respect to such Professional Fee Claim**.

4.      **Binding Effect**. Effective as of the Effective Date, except as expressly provided in the Plan or the Confirmation Order, the Plan (including the Plan Documents and the exhibits thereto) and the Confirmation Order are binding on: (i) the Debtors; (ii) the Reorganized Debtors; (iii) all parties in interest, Holders of Claims against and Equity Interests in the Debtors, whether or not such Claims or Equity Interests are Impaired under the Plan and whether or not, if Impaired, such Holders of Claims or Equity Interests accepted the Plan; (iv) each person acquiring property under the Plan; (v) each counterparty to an Executory Contract or Unexpired Lease of any of the Debtors; (vi) any Person or Entity making an appearance in the Chapter 11 Cases or any other Person in the Chapter 11 Cases; and (vii) the successors and assigns of all of the above-listed entities.

5.      **Further Notice**. Any party who wishes to receive notice of pleadings filed in the Chapter 11 Cases following the occurrence of the Effective Date must request such notice under Bankruptcy Rule 2002. Unless service is required by the Bankruptcy Rules or the Local Rules, parties who previously requested notice pursuant to Bankruptcy Rule 2002 will not continue to receive notice unless a renewed request for notice under Bankruptcy Rule 2002 is made.

Dated: December 21, 2018
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Elizabeth S. Justison*
Edmon L. Morton (No. 3856)
Sean M. Beach (No. 4070)
Elizabeth S. Justison (No. 5911)
Tara C. Pakrouh (No. 6192)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel: (302) 571-6600
Fax: (302) 571-1253

-and-

SIMPSON THACHER & BARTLETT LLP
Elisha D. Graff
Kathrine A. McLendon
Edward R. Linden
David Baruch
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Counsel to the Debtors and Debtors in Possession*